# HPM&B
ATTORNEYS AT LAW

99 Park Avenue   New York, NY 10016-1601
Tel: 212-286-8585   Fax: 212-490-8966
WWW.HPMB.COM

Gillian C. Thomas
Associate
gthomas@hpmb.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:* _____
*DATE FILED: 6/23/08*

*RECEIVED CHAMBERS*
*JUN 20 2008*
*JUDGE SCHEINDLIN*

June 19, 2008

**VIA HAND DELIVERY**
**& REGULAR MAIL**

Honorable Shira A. Scheindlin
United States District Court
500 Pearl Street, Room 1620
New York, NY 10007-1312

Re:   Jeffrey Goodson v. New York City, Department of Correction, et al.
      08 CV 1130 (DC)

Your Honor:

   This office is trial counsel to the New York City Law Department in the above-referenced *pro se* matter. We were recently retained to represent the defendants in this matter. By way of this correspondence, we respectfully request an adjournment of time to July 31, 2008 to answer or otherwise respond on behalf of said defendants. No prior request has been made for an extension of time.

   The time requested is required to allow us an opportunity to investigate plaintiff's claims with respect to the defendants and prepare their response to the amended complaint. The time requested is also necessary in order to complete the retrieval and review of information from various agencies and employees and contractors of the City of New York. In addition, the time is required to investigate whether to provide representation to some or all of the defendants, assuming they are served and request representation, pursuant to General Municipal Law § 50-k and/or contracts governing the City's relationship with the private entities and employees.

   Thank you for your consideration in this matter.

*[Handwritten: Defendants' request is granted. Defendants' time to respond is extended to July 31, 2008.*
*Dated: New York, New York, June 20, 2008*
*SO ORDERED: Shira A. Scheindlin, U.S.D.J.]*

Respectfully Submitted,

HEIDELL, PITTONI, MURPHY & BACH

By: _____
GILLIAN C. THOMAS (GT9285)

HEIDELL, PITTONI, MURPHY & BACH, LLP

534625.1

| CONNECTICUT: | LONG ISLAND: | WESTCHESTER: |
|---|---|---|
| 30 Oak Street | 310 Old Country Road | 81 Main Street |
| Stamford, CT 06905 | Garden City, NY 11530 | White Plains, NY 10601 |
| Tel: 203-327-1800 | Tel: 516-294-7134 | Tel: 914-559-3100 |
| Fax: 203-353-1892 | Fax: 516-294-7139 | Fax: 914-949-1160 |

Honorable Shira A. Scheindlin
Re: Jeffrey Goodson v. New York City, Department of Correction, et al.
June 19, 2008
Page -2-



cc:     **BY CERTIFIED MAIL**

    Mr. Jeffrey Goodson, *pro se*
    #07-A-1685
    Mt. McGregor Correctional Facility
    Box 2071
    1000 Mt. McGregor Road
    Wilton, New York 12866-0996

534625.1