UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------------X

JEFFERY GOODSON

                             Plaintiff,          08 CV 1130 (SAS)

   - against -

NEW YORK CITY, DEPARTMENT OF CORRECTION;    **SCHEDULING ORDER**
ROMAN-DAVID TROJANOWSKI, SOCIAL WORKER
COLLEEN KIERNAN, M.A. ASSIST MENTAL HEALTH
MANAGER
KALU N. AGWU, M.D. PSYCHIATRY
SALOME L. OTT PH.D. CLINICAL SUPERVISOR
S. RASHEED, M.D., PSYCHIATRY
RICHELLE WILLIAMS, M.A.
A.K.M. QUYYUM M.D. PSYCHIATRY
JANET A. SENDAR, PSY. D. CLINICAL SUPERVISOR
BIMALENDU GANGULY, M.D.
AZMAT HASAN, M.D.
DAVID VIERA, RPA-C
PETER HERZ, M.D.
ANUMA ULU, M.D.
LAALI A. ALI, M.D.
MATTHEW BARNES, M.D.
BABATONDE FAGBAMIYE, M.D.

                             Defendants.

------------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

       WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on July 31, 2008 (the "Order"); and

       WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information,

       NOW, THEREFORE, the parties hereby submit the following information as required by the Order.

1. The date of the conference and the appearances for the parties:

   July 31, 2008

   Austa S. Devlin, Esq.
   Heidell, Pittoni, Murphy & Bach
   Attorneys for Defendants COLLEEN KIERNAN, SALOME OTT, PH.D., RICHELLE WILLIAMS, AKM QUYYUM, M.D., JANET SENDAR, BIMALENDU GANGULY, M.D., AZMAT HASAN, M.D., DAVID VIERA, PETER HERZ, M.D., ANUMA ULU, M.D., LAALI A. ALI, M.D.

2. A concise statement of the issues as they then appear:

   Plaintiff alleges Civil Rights violations of USC Section 1983, in the rendering of medical care to him at Rikers Island jail. Specifically, he alleges failure to treat his nicotine habit and provide him with a "nicotine patch." Plaintiff also alleges that he was improperly medicated with Seroquel without being advised of the effects or side effects of said medication. Plaintiff also makes other vague complaints which defendant cannot characterize.

   Defendants seek leave to move for judgment on the pleadings pursuant to Rule 12C, on the grounds that the Complaint fails to state a claim upon which relief may be granted pursuant to Section 1983.

3. A schedule including:

   a. the names of persons to be deposed and a schedule of planned depositions;

   Defendants intend to depose plaintiff at a date to be determined, once contact is made with plaintiff.

   b. a schedule for the production of documents;

   Defendants served plaintiff, by mail, a copy of the Correctional Health Services medical chart on July 31, 2008. Upon plaintiff furnishing duly executed original authorizations permitting defendants to obtain all pertinent medical records for his physicians, therapists, hospitals, clinics, drug and/or alcohol treatment facilities, if any, for 5 years prior to intake at Rikers Island on May 13, 2006, and to present, including medical records from all correctional facilities from such date to present, defendants will make all efforts to obtain such records and will

544965.1

2

       provide plaintiff with copies of same. Such a process is expected to be completed within 90 days of plaintiff providing such authorizations.

  c.  dates by which

    (i)  each expert's report will be supplied to the adverse side; and

<u>The parties</u> *within 30 days of the* ~~Defendants'~~ expert report ~~will be provided 30 days after plaintiff's expert reports are provided to defendants.~~ *close of fact discovery*

    (ii)  each expert's deposition will be completed;

~~Plaintiff's expert(s) to be deposed within 60 days of plaintiff furnishing expert report(s). Defendants' expert(s) to be deposed 60 days thereafter.~~ *All depositions within 30 days of exchange of reports*

  d.  time when discovery is to be completed;

May 1, 2009

  e.  the date by which plaintiff will supply its pre-trial order matters to defendant;

_____

  f.  the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

Defendant will seek permission to move for summary judgment at the end of discovery. ~~The Pre-Trial Order will be prepared and submitted thereafter.~~ *Defendant's proposal*

  g.  a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

*March 16 at 4:30*

*pretrial orders due 30 days after a ruling on a summary judgment motion or TD br 30 days later*

544965.1

3

4. A statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

Defendants are unaware at this time of any protective orders or confidentiality orders needed.

5. A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

There are no discovery issues at this time as the parties have not yet conferred concerning discovery.

6. Anticipated fields of expert testimony, if any;

Defendants anticipate possible experts in internal medicine or psychiatry.

7. Anticipated length of trial and whether to court or jury;

Defendants will seek permission to move for summary judgment. If this matter were to go to trial, the trial would be expected to take approximately 5 to 7 days before a jury.

8. A statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference when justice so requires;

Defendants agree that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference when justice so requires.

9. Names, addresses, phone number and signatures of counsel.

_____
Mr. Jeffery Goodson
Plaintiff Pro Se
DIN: 07A1685, E-108B
Mt. McGregor Correctional Facility
1000 Mt. McGregor Road, Box 2071
Wilton, New York 12381
Phone: (518) 587-3960
       Attention: Counselor Mr. Aiken, Ext. 4317

_____
Austa S. Devlin, Esq. (AD 8811)
Heidell, Pittoni, Murphy & Bach
Attorneys for Defendants COLLEEN KIERNAN, SALOME OTT, PH.D., RICHELLE WILLIAMS, AKM QUYYUM, M.D., JANET SENDAR, BIMALENDU GANGULY, M.D., AZMAT HASAN, M.D., DAVID VIERA, PETER HERZ, M.D., ANUMA ULU, M.D., LAALI A. ALI, M.D.
99 Park Avenue
New York, NY 10016
Phone: (212) 286-8585

SO ORDERED:

_____
SHIRA A. SCHEINDLIN, U.S.D.J.   7/31/08

544965.1                              5