UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFERY GOODSON,

                         Plaintiff,                08 CV 01130 (SAS)

             - against -                  **ORDER TO PRODUCE INMATE FOR DEPOSITION**

NEW YORK CITY, DEPARTMENT OF
CORRECTION, COLLEEN KIERNAN,
M.A. ASSIST MENTAL HEALTH MANAGER,
SALOME L. OTT, Ph.D CLINICAL SUPERVISOR,
RICHELLE WILLIAMS, M.A., AKM QUYYUM,
M.D. PSYCHIATRY, JANET A. SENDAR, PSY. D.
CLINICAL SUPERVISOR, BIMALENDU
GANGULY, M.D., AZMAT HASSAN, M.D.,
DAVID VIERA, RPA-C, PETER HERZ, M.D.,
ANUMU ULU, M.D., and LAALI A. ALI, M.D.

                        Defendants.
------------------------------------------------------------X

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

      IT IS HEREBY ORDERED: that (1) the Superintendent or other official in charge of the Mt. McGregor Correctional Facility, located in Wilton, New York, produce inmate Jeffery Goodson, Inmate No. 07A1685 at Sing Sing Correctional Facility, for the taking of his deposition on September 30, 2008, at 11:00 a.m., and for so long thereafter, from day to day, as the deposition continues; and that (2) inmate Jeffery Goodson appear at Sing Sing Correctional Facility or in such place as designated by the Superintendent or other official in charge of Mt. McGregor Correctional Facility so his deposition may be taken.

Dated: New York, New York
       August 28, 2008

                                                               SHIRA A. SCHEINDLIN
                                                              UNITED STATES DISTRICT JUDGE

550832.1